UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

------------------------------------------------------------------------x

Treasa Lisowski

                                      Plaintiff,

   -v.-

Trans Union, LLC
Equifax Information Services, LLC

                                      Defendants.

Civil Action No:
4:24-cv-237

------------------------------------------------------------------------x

### NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC

Notice is hereby given that the plaintiff and the defendant, Trans Union, LLC, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period. Upon execution and completion of the settlement, Plaintiff will file the appropriate dismissal documents with the Court.

DATED, this 23rd day of October, 2024

                                      */s/Justin E. Zeig*
                                      Justin E. Zeig, Esq.
                                      **Zeig Law Firm, LLC**
                                      3475 Sheridan Street Suite 310
                                      Hollywood, FL 33021
                                      Phone: 754-217-3084
                                      justin@zeiglawfirm.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 23, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Justin E. Zeig*
                                              Justin E. Zeig, Esq.