UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

----------------------------------------------------------------------x

Treasa Lisowski                                    Civil Action No:
                                                   4:24-cv-237

                  Plaintiff,

    -v.-

Trans Union, LLC
Equifax Information Services, LLC

                 Defendants.

----------------------------------------------------------------------x

### NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

     Notice is hereby given that the plaintiff and the defendant, Equifax Information Services, LLC, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 5th day of November, 2024

                                                      */s/Justin E. Zeig*
                                                      Justin E. Zeig, Esq.
                                                      **Zeig Law Firm, LLC**
                                                      3475 Sheridan Street Suite 310
                                                      Hollywood, FL 33021
                                                      Phone: 754-217-3084
                                                      justin@zeiglawfirm.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 5, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/ Justin E. Zeig*
                                            Justin E. Zeig, Esq.