IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TREASA LISOWSKI,**

    *Plaintiff*,

v.                                              Case No.: 4:24cv237-MW/MAF

**TRANS UNION, LLC, and
EQUIFAX INFORMATION
SERVICES, LLC,**

    *Defendants.*

_____/

## ORDER ACKNOWLEDGING DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice as to Defendant Equifax Information Services, LLC, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A). Defendant Equifax was the last remaining Defendant. Accordingly, the Clerk shall close the file.

    **SO ORDERED on March 25, 2025.**

                                               s/Mark E. Walker
                                               **Chief United States District Judge**